**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: STEVEN BROWN and**      :
**LINDA BROWN,**      :
     **Debtors**      :
_____ :    **CIVIL ACTION**
     :    **NO. 13-6460**
**BROWN, *et al.*,**      :
     **Appellants**      :
     :    **(BANKRUPTCY NO. 12-14058)**
     **v.**      :
     :
**FERRONI, *et al.*,**      :
     **Appellees**      :

<u>**ORDER**</u>

    **AND NOW**, this 24th day of February, 2014, upon consideration of the briefs of the

parties, and after review of the record, it is **ORDERED** that the Order of the Bankruptcy

Court dated September 26, 2013, is **AFFIRMED**.

               /s/ Timothy J. Savage _____
               TIMOTHY J. SAVAGE,  J.